

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2018

No. 04-18-00590-CV

John R. **HALL**, D.O. and South Texas Spinal Clinic, PA,
Appellants

v.

Julian **VASQUEZ**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22025
Honorable Cathleen M. Stryker, Judge Presiding

**O R D E R**

The Appellee's Motion for Leave to File Supplement to Appellee's Response Brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court